# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE PEAVEY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>OFFICER CARR, individually, OFFICER NAVARRO, individually, and as OFFICERS of the LOS ANGELES POLICE DEPT; CHARLIE BECK, individually and as CHIEF of the LOS ANGELES POLICE DEPT.; the CITY OF LOS ANGELES and DOES 1-100,<br><br>　　　　　　Defendants. | **CASE NO. CV13-00699 VBK**<br><br>**ORDER RE: JOINT STIPULATION TO DISMISS** |

The Court having read and considered the Joint Stipulation Re: Dismissal executed by counsel for Plaintiff and counsel for Defendants, this action is ordered dismissed without prejudice.

IT IS SO ORDERED.

DATED: September 12, 2014　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　Honorable Victor B. Kenton
　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

1